IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS SWENBY and
MICHELLE SWENBY,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

12-cv-351-wmc

v.

DUNN COUNTY HUMAN SERVICES,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiffs' failure to prosecute.

_By: [signature], Deputy Clerk_       _7-3-2013_
Peter Oppeneer, Clerk of Court      Date